# Court of Appeals
# of the State of Georgia

ATLANTA,___May 16, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16I0191. CITY OF CUMMING, GEORGIA et al. v. ROBERT G. FLOWERS et al.**
**A16I0193. KERLEY FAMILY HOMES, LLC et al. v. ROBERT G. FLOWERS et al.**

Robert G. Flowers, Kathleen Donovan, and Castleberry Homeowners Association Two, Inc. filed a complaint for appeal against the City of Cumming, Georgia, various city council members and members of the Board of Zoning Appeals (collectively the "city defendants"), and Kerley Family Homes, LLC and Kerley Family Homes at HR, LLC (collectively "Kerley Family Homes") after the city defendants overturned the planning commission's denial of Kerley Family Homes' petition for a zoning variance. The complaint sought injunctive relief and a writ of mandamus compelling the city defendants to rescind the zoning variance. After the trial court denied the defendants' motions to dismiss, which were converted to motions for summary judgment, the defendants filed these applications for interlocutory review in this Court.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Mid-Georgia Environmental Mgt. Group, L.L.P. v. Meriwether County*, 277 Ga. 670, 671 (1) (594 SE2d 344) (2004). Because the order in this case addresses the appropriateness of mandamus relief, these applications are hereby TRANSFERRED to the Supreme Court for disposition. See *Saxton v. Coastal Dialysis &c.*, 267 Ga. 177, 178 (476 SE2d 587) (1996) (Supreme Court has the ultimate responsibility for determining appellate jurisdiction).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* <u>    05/16/2016    </u>
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*